Marie-Ann Greenberg, Chapter 13 Trustee
30 Two Bridges Road, Suite 230
Farfield, NJ 07004
(973)227-2840

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### CHAPTER 13

In Re:

KIM SERIGHT
131 WINDING WOOD DR APT 1
SAYREVILLE NJ
08872-2756

Case No.: 05-17501-S

SSN(1): 7228

**DEBTOR(S)**

AKA(1): KIM DIXON-MCCREARY

# FINAL REPORT AND ACCOUNT

Case Filed On:         Plan Confirmed On:         Case Concluded On:
**Sat Mar 12, 2005**                              **Mon Aug 29, 2005**

THIS CASE WAS DISMISSED PRIOR TO CONFIRMATION.

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records have been filed with the Court, or are attatched hereto, and are incorporated by reference in this report.

RECEIPTS:    Amount paid to the Trustee by or for the Debtor for the benefit of Creditors:    $    146.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0001/245899 ASSET ACCEPTANCE LLC | UNSECURED | 2,258.89 | .00 | .00 | .00 |
| 0002/349143 T-MOBILE WIRELESS | UNSECURED | 103.72 | .00 | .00 | .00 |
| 0003/273411 COLUMBUS BANK & TRUST CO | UNSECURED | 1,045.10 | .00 | .00 | .00 |
| 0004/408381 PREMIER BANKCARD | UNSECURED | 485.22 | .00 | .00 | .00 |
| 0005/578086 PRESSLER AND PRESSLER | UNSECURED | 3,601.40 | .00 | .00 | .00 |
| 0006/513090 FORD MOTOR CREDIT | UNSECURED | 6,963.57 | .00 | .00 | .00 |

Refunded to Debtor:

KIM SERIGHT                    **Closed Case Refund:**    .00
                               **Other Refund:**          .00

Case No.: 05-17501-S

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | LATE | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | .00 | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 | .00 |

*The amount allowed reflects the percentage due pursuant to the Plan. Percentage to unsecured creditors is .00%.

**TOTAL PAID - PRINCIPAL AND INTEREST**     .00

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| NICHOLAS FITZGERALD ESQ<br>649 NEWARK AVE<br>FITZGERALD & ASSOCIATES<br>JERSEY CITY, NJ<br>07306 | 146.00 | 146.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE<br>NOTICE FEES | TRUSTEE'S EXPENSE &<br>COMPENSATION FUND | COURT<br>NOTICE FEES | TOTAL COST<br>& EXPENSE |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just Pursuant to FRBP 5009. I hereby certify the above-captioned case has been fully administered.

FOR:  Marie-Ann Greenberg
      CHAPTER 13 TRUSTEE

Dated:  Oct 13, 2005

By:  __/S/Marie-Ann Greenberg__
     Marie-Ann Greenberg